**Richard KIRTLEY, Appellant,**

**v.**

**STATE of Missouri, Respondent.**

**No. WD 41268.**

Missouri Court of Appeals,
Western District.

May 9, 1989.

Motion for Rehearing and/or Transfer to Supreme Court Denied June 27, 1989.

Sean D. O'Brien, Public Defender, John L. Vohs, Asst. Public Defender, Kansas City, for appellant.

William L. Webster, Atty. Gen., John M. Morris, Asst. Atty. Gen., Jefferson City, for respondent.

Before SHANGLER, P.J., and MANFORD and LOWENSTEIN, JJ.

### ORDER

PER CURIAM.

Appeal from denial of Rule 29.15 motion for postconviction relief without a hearing.

Judgment affirmed. Rule 84.16(b).